# COMPLAINT

### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 SEP 11 P 3: 25

STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Anthony L Troupe

v.

(Full name of defendant(s))

LaVontay Fenderson

Helmi Hamad

Antoinette L Rich

Alice A Rudebusch, Emily S Mueller, Samuel A Christensen
Racine Police Officers; 1785, 1227, 1298, 2806, 9187, 9218, 9247, 2737
and Jeremy Rienhold

Case Number:

**19-C-1318**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of ___Wisconsin___ and resides at
   (State)

   ___4546 N 67th street___
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

is (if a person or private corporation) a citizen of ___Wisconsin___

and (if a person) resides at ___730 center st___ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___City of Racine / Racine County Jail___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

1. Employees of the city of Racine
2. Perjury and threats by offiers, beaten by those that I assumed authority, stalled case starting with a false riverside hearing, has court without repersentation.
3. 3/28/18 - current
4. Racine, Wisconsin
5. Dated Asia Barry as a felon and they believe I'm 3/5th human

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

• Standardize detainment by law enforcement in the state of Wisconsin

• Create mental illness protocol

• Federal investigation of every case of mines

• 3,981,000.01$

E.     JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___11th___ day of __September__ 20_19_.

Respectfully Submitted,

_____
Signature of Plaintiff

414 888 9576
_____
Plaintiff's Telephone Number

TroupeAnthony @ outlook.com
_____
Plaintiff's Email Address

4546 N 67th street
_____

Milwaukee Wisconsin 53218
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.